**E-FILED on** 5/14/2012

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREW G. WATTERS,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT S. MUELLER III, in his official capacity; UNITED STATES DEPARTMENT OF JUSTICE; DOES 1-10;<br><br>    Defendants. | No. C-12-01777 RMW<br><br>ORDER GRANTING LEAVE TO PARTICIPATE IN E-FILING PROGRAM<br><br>**[Re Docket No. 8]** |

Plaintiff Andrew G. Watters' request for permission to file documents with the court electronically is hereby granted.

DATED:   May 14, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING LEAVE TO PARTICIPATE IN E-FILING PROGRAM—No. C-12-01777 RMW
LJP