**E-FILED on** 5/14/2012

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREW G. WATTERS, | No. C-12-01777 RMW |
| Plaintiff, | |
| v. | ORDER GRANTING LEAVE TO PARTICIPATE IN E-FILING PROGRAM |
| ROBERT S. MUELLER III, in his official capacity; UNITED STATES DEPARTMENT OF JUSTICE; DOES 1-10; | **[Re Docket No. 8]** |
| Defendants. | |

Plaintiff Andrew G. Watters' request for permission to file documents with the court electronically is hereby granted.

DATED: May 14, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING LEAVE TO PARTICIPATE IN E-FILING PROGRAM—No. C-12-01777 RMW
LJP