**E-FILED on** 8/8/2012

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREW G. WATTERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT S. MUELLER III, in his official capacity; United States Department of Justice; Does 1-10,<br><br>　　　　Defendants. | No. C-12-01777 RMW<br><br><br>JUDGMENT |

On August 8, 2012, the court dismissed this action with prejudice. Therefore, it is hereby adjudged that plaintiff take nothing by way of his complaint and that judgment be entered in favor of all defendants.

DATED:　　　August 8, 2012　　　　　　*Ronald M. Whyte*
　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　United States District Judge

JUDGMENT—No. C-12-01777 RMW